UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
Jun 21  2 44 PM '94

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | DR 94 CR 46 |
| JOSE GUADALUPE CONTRERAS | ) | [VIO: COUNT ONE: 18 U.S.C. 3146, FAILURE TO APPEAR] |
| Defendant. | ) | |

3:08-MJ-302

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. 3146]

On or about June 20, 1994, in the Western District of Texas, Defendant,

JOSE GUADALUPE CONTRERAS,

having been ordered released pending trial on $75,000.00, 15% bond pursuant to Chapter 207, Title 18, United States Code, Section 3142, in connection with the charges of offenses under Title 21, United States Code, Sections 841(a)(1) and 846, felonies, did knowingly and willfully fail to appear as required before the United States District Court for the Del Rio Division of the Western District of Texas, in violation of Title 18, United States Code, Section 3146.

A TRUE BILL.

_____
FOREMAN

JAMES H. DeATLEY
United States Attorney

By: _____
ROBERT A. SCHROEDER
Assistant United States Attorney

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 5 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

FILED

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

Jun 21  2 44 PM '94

CLERK
WESTERN ... TEXAS
BY _____ CK_
                DEPUTY

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
V.                                ) CRIMINAL NO.: ~~DR-94-CR-27(2)~~
                                  )
JOSE GUADALUPE CONTRERAS,         )    DR 94 CR 46
                                  )
            Defendant.            )

### ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below listed defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Del Rio Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| JOSE GUADALUPE CONTRERAS | DETENTION |

ENTERED at Del Rio, Texas, this 21st day of June, 1994.

_____Edwards_____
~~FRED BIERY~~
UNITED STATES ~~DISTRICT~~ Mag. JUDGE

A true copy of the original, I certify.
Clerk, U.S. District Court
By: _Camille_____
                    Deputy

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__WESTERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

JOSE GUADALUPE CONTRERAS

**WARRANT FOR ARREST**

CASE NUMBER: **DR 94 CR 46**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSE GUADALUPE CONTRERAS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR

in violation of Title __18__ United States Code, Section(s) __3146__

Camille Anne Cadena
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk, U. S. District Clerk's Office
Title of Issuing Officer

June 21, 1994 - Del Rio, Texas
Date and Location

A true copy of the original, I certify.
Clerk, U. S. District Court
By: _____ Deputy

Bail fixed at $ __DETENTION__ by __U. S. Magistrate Judge Durwood Edwards__
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |