IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
          FILED

       AUG 25 2008

CLERK, U.S. DISTRICT COURT
By
              Deputy
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| VS. | )  CRIMINAL NUMBER:  3:08-MJ-302 |
| | ) |
| | ) |
| JOSE GUADALUPE CONTRERAS | ) |
| | ) |
| | ) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The Court, having considered the report of the Pretrial Services Agency and the statements and

representations of the Defendant, finds that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that

the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the

above named Defendant.  Such appointment shall be for all proceedings, including any appeal.

SIGNED  August 25, 2008.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE